## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **CODY WHITE** | **CIVIL ACTION NO. 3:17-CV-001051** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **AARON ROSS, ET AL** | **MAGISTRATE JUDGE HAYES** |

## <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED,  ADJUDGED AND DECREED** that the Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).  Plaintiff's claims related to his sentence are dismissed with prejudice to their being asserted again until the *Heck v. Humphrey* conditions are met.

**MONROE, LOUISIANA, this 7th day of February, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE